# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL P. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 1:25-cv-00190-NT |
| | ) |
| WELLPATH, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On June 18, 2025, the United States Magistrate Judge filed with the Court, with a copy to the Plaintiff, his Recommended Decision (ECF No. 9) after a preliminary review of the Plaintiff's Complaint (ECF No. 1) under 28 U.S.C. § 1915 and 28 U.S.C. § 1915A. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. It is further **ORDERED** that, in accordance with 28 U.S.C. §§ 1915 and 1915A, the Plaintiff's complaint is **DISMISSED**.

SO ORDERED.

/s/ Nancy Torresen  
United States District Judge

Dated this 14th day of July, 2025.